# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )
LOUIS ANTHONY SAIZ                              )        Case No.: 11-18990 TBM
SHAWN ALICE SAIZ                                )        Chapter 13
                                                )
                    Debtor(s).                  )

---

## NOTICE OF CHANGE OF ADDRESS/ENTRY OF APPEARANCE

---

Please check one box below that applies to you:

☐ Debtor(s)                        ■ Attorney for Debtor(s)

☐ Creditor(s)                      ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

_____
(Enter Your Name and, if applicable, the Name of the Creditor or business You Represent)

Shawn Alice Saiz
_____
(Print or type the Name of the Person or Business whose address is being changed or entered)

503 N. Iliff Dr.
_____
(New Street, Rural Route, or Post Office Box)

Pueblo West, CO 81007
_____
(New City, State and Zip Code)

_____
(New Telephone Number)

Dated:   November 5, 2015                      By: \s\ Robert D. Bradley, Attorney
                                               Robert D. Bradley, #4659
                                               Robert D. Bradley & Associates
                                               311 W. 24th Street
                                               Pueblo, CO 81003
                                               (719) 542-8300